IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| QUINTIN DAWSON MCCLEERY, | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. 6:22-CV-00004-C |
| DIRECTOR, TDCJ-CID, | § § § | |
| Respondent. | § § | |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

It is ORDERED, ADJUDGED, AND DECREED that the above-styled and -numbered cause is DISMISSED with prejudice.

Dated September 23, 2024.

SAM R. CUMMINGS
Senior United States District Judge